LODGED

DEC 28 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**MARR HIPP JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

STEVEN M. NAKASHIMA    3080-0
E-mail: snakashima@marrhipp.com
1001 Bishop Street, 1550 Pauahi Tower
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 28 2005

at 11 o'clock and 25 min __ M
SUE BEITIA, CLERK

Attorney for Plaintiff
The Terminix International Company, LP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE TERMINIX INTERNATIONAL COMPANY, LP, | CIVIL NO. CV04-00674 SPK/LEK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES |
| vs. | |
| SCOTT A. Von NORDHEIM, | |
| Defendant. | No Trial Date Set |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff The

Terminix International Company, LP, and Defendant Scott A. Von Nordheim that

this action, including all claims filed herein, is dismissed with prejudice. There are

74826/350.010                                ORIGINAL

no remaining parties and/or issues. Each party agrees to bear its own attorneys' fees and costs.

This stipulation is based on Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by all parties who have made an appearance in this action. No trial has been set in this case.

DATED:   Honolulu, Hawaii, _____DEC 2 7 2005_____.

_____
MICHAEL G.M. OSTENDORP
Attorney for Defendant
SCOTT A. VON NORDHEIM

_____
STEVEN M. NAKASHIMA
Attorney for Plaintiff
THE TERMINIX INTERNATIONAL
COMPANY, L.P.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER**
Civil No. CV04-00674 SPK/LEK
THE TERMINIX INTERNATIONAL COMPANY, LP, vs. SCOTT A. Von NORDHEIM